# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Steven Donald Aune, ) | |
| ) | |
| Petitioner, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Joseph Joyce, Warden, ) | Case No. 1:25-cv-111 |
| North Dakota State Penitentiary, ) | |
| ) | |
| Respondent. ) | |

On September 12, 2025, the court issued an order granting Respondent's Motion to Dismiss and denying Petitioner's Petition Under 28 U.S.C. Section 2254 for Writ of Habeas Corpus. (Doc. No. 12).

On September 30, 2025, Petitioner filed what the court construes as a motion for reconsideration of its September 12, 2025, order. (Doc. No. 15). Having reviewed the record, the court finds no basis for reconsidering its previous order. Petitioner's motion for reconsideration (Doc. No. 15) is **DENIED**.

**IT IS SO ORDERED.**

Dated this 2nd day of October, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court